137637

UNITED STATES DISTRICT COURT
District of Minnesota

# PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-103 (DWF/AJB) Case Title: Century Industries Company v. Rosemount Inc.

## Affidavit of Movant

I, Daniel J. Maertens, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this court admit pro hac vice Thomas P. Pavelko, an attorney admitted to practice in the US District for District of Columbia, but not admitted to the bar of this court, who will be counsel for the (X) plaintiff ( ) defendant Century Industries Company in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

Signature: [signature] | MN Attorney License #: 188311 | Date: 4-18-01

## Affidavit of Proposed Admittee

I, Thomas P. Pavelko, am currently a member in good standing of the U.S. District Court for the US Dist Ct for District of Columbia, but not admitted to the bar of this court. I understanding that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Type/Print Name: Thomas P. Pavelko | Signature: [signature] | Date: April 19, 2001

Attorney License Number: DC Bar # 348144
Law Firm: Stevens, Davis, Miller & Mosher, L.L.P.
Suite/Bldg: Suite 850
Street Address: 1615 L Street
City State Zip: Washington, D.C. 20036
Telephone: (202) 408-5100

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

Date: MAY 07 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED MAY 07 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK