38140

**UNITED STATES DISTRICT COURT**
**District of Minnesota**

**PETITION FOR ADMISSION PRO HAC VICE**

**Case Number: 01-103 (DWF/AJB) Case Title: Century Industries, Inc., et al v. Rosemount**

**Affidavit of Movant**

I, Daniel J. Maertens, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, requests that this court admit pro hac vice Peter Peckarsky, an attorney admitted to practice in the Eastern District of Wisconsin., but not admitted to the bar of this court, who will be counsel for the ( X ) plaintiff ( ) defendant Century Industries, Inc. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

[signature] Signature | 188311 MN Attorney License # | June 28, 2001 Date

**Affidavit of Proposed Admittee**

I, Peter Peckarsky, am currently a member in good standing of the U.S. District Court for the Eastern District of Wisconsin, but not admitted to the bar of this court. I understanding that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Peter Peckarsky Type/Print Name | [signature] Signature | 7/12/2001 Date

Attorney License Number: 266171 (DC)
Law Firm: Stevens, Davis, Miller & Mosher, L.L.P.
Suite/Bldg: Suite 850
Street Address: 1615 L Street
City State Zip: Washington, D.C. 20036
Telephone: (202) 408-5100

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

AUG 10 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99