**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Century Industries, Inc., being sued as Century Industries Company, a Canadian corporation, and Peter B. Hutton,

Plaintiffs,

v.

Rosemount Inc., a Minnesota corporation,

Defendant.

Civil No. 01-103 (DWF/AJB)

**ORDER GRANTING CENTURY'S MOTION FOR RETURN OF SECURITY**

---

Daniel J. Maertens, Esq., Lora E. Mitchell, Esq., and Robin L. Preble, Esq., Fredrikson & Byron, 1100 International Center, 900 Second Avenue South, Minneapolis, MN 55402-3787; Thomas P. Pavelko, Esq., and Peter Peckarsky, Esq., Stevens Davis Miller & Mosher, 1615 L Street, Suite 850, Washington, DC 20036, counsel for Plaintiffs.

Steven E. Rau, Esq., Jeannine L. Lee, Esq., and Lori D. Semke, Esq., Flynn & Gaskins, 2900 Metropolitan Center, 333 South Seventh Street, Minneapolis, MN 55402, counsel for Defendant.

---

The above-entitled matter came on before the undersigned on August 15, 2001, upon the motion of Plaintiff Century Industries Company for the return of the $15,000 security Century deposited into Court in connection with its motion for temporary injunction pending appeal. The Defendant opposed the motion. Based upon the submissions of counsel, the Court having reviewed the contents of the file in this matter, and being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. The Clerk of Court is directed to immediately release $15,000 to Century Industries Company.

FILED SEP 0 5 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

2. Century may deposit the two checks it received from Rosemount, Inc., in the total amount of $227,220.00, with the Clerk of Court, to be held until further Order of this Court.

Dated: September 5, 2001

DONOVAN W. FRANK
Judge of United States District Court

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500