UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Century Industries Company,
a Canadian corporation and Peter B. Hutton,

Plaintiffs,

v.

Rosemount Inc., a Minnesota corporation,

Defendant.

Civil File No. 01-CV-103 DWF/AJB

**ORDER AMENDING THE AMENDED PRETRIAL SCHEDULING ORDER TO EXTEND TIME TO AMEND THE PLEADINGS OR ADD PARTIES**

---

The above-entitled matter came on before the undersigned on November 29, 2001 at 3:30 p.m. for a telephonic hearing upon Plaintiffs' motion to amend the Amended Pretrial Scheduling Order, dated July 19, 2001, to extend the time for motions which seek to amend the pleadings or add parties. Peter Peckarsky, Esq. and Robin Preble, Esq. appeared for Plaintiffs and Jeannine Lee, Esq. appeared for Defendant.

Based upon the arguments of counsel and the entire file herein,

IT IS HEREBY ORDERED: That Plaintiffs' motion to amend the Amended Pretrial Scheduling Order is GRANTED. The Amended Pretrial Scheduling Order is hereby further amended to read as follows:

1. All motions which seek to amend the pleadings or add parties must be served no later than February 1, 2002.

Dated: 12/3/01

Arthur J. Boylan
United States Magistrate Judge

DEC 03 2001