UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CENTURY INDUSTRIES, INC., ET AL.,

Plaintiffs,

v.

ROSEMOUNT, INC.,

Defendant.

Case No. 01-103 DWF/AJB

AMENDED NOTICE OF HEARING

---

Due to a conflict on the Court's calendar, the motions currently scheduled by Plaintiff and Defendant to be heard on February 20, 2002, at 1:30 p.m., have been rescheduled. The motions will be held on February 20, 2002, at **2:00 p.m.**, before the undersigned Magistrate Judge in Courtroom 628(A), 316 North Robert Street, St. Paul, Minnesota.

Dated: February 8th, 2002

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED FEB 08 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK