**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

CENTURY INDUSTRIES, INC., ET AL.,

Plaintiffs,

v.

ROSEMOUNT, INC.,

Defendant.

Civil No. 01-103 DWF/AJB

**ORDER**

Before the Court is Plaintiffs' motion to compel discovery and Defendant's motion to (1) compel discovery, (2) compel the return of a previously disclosed document and (3) protect certain parties from noticed depositions. Based on the file, affidavits, memoranda and arguments of counsel, IT IS HEREBY ORDERED that:

1. Plaintiffs' motion is **denied in part and taken under advisement in part** [Docket No. 91];
2. Defendant's motion is **denied in part, stricken in part and taken under advisement in part** [Docket No. 94];
3. Plaintiffs' motion is denied, to the extent it requests the production of personnel files;
4. To the extent that it seeks answers to interrogatories, Defendant's motion is stricken for failure to comply with Local Rule 37.2;
5. Defendant's motion is denied, to the extent that is seeks a protective order from noticed depositions;

MAR - 8 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

6. The pending motions are taken under advisement, to the extent they have not been addressed above; and

7. The parties shall meet and confer regarding all outstanding discovery disputes–including the disputes now under advisement–and shall inform the Court on or before March 18, 2002, as to the resolution (if any) of said discovery disputes.

Dated: 3/7/02

Arthur J. Boylan
United States Magistrate Judge

**MEMORANDUM**

The parties are ordered to meet and confer regarding all outstanding discovery disputes, including the disputes now under advisement. When considering its position with respect to Defendant's document requests, Plaintiffs should be mindful that documents are deemed to be within a party's control if the party has actual control over the documents or if the documents are under the control of a corporation, over which the party maintains legal or actual control. See generally 145 A.L.R. Fed. 527.