UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CENTURY INDUSTRIES, INC., ET AL.,

Plaintiffs,

v.

ROSEMOUNT, INC.,

Defendant.

Case No. 01-103 DWF/AJB

ORDER

---

The above matter came on before the Court by telephone conference on March 25, 2002. Defendant requested that the Court allow them to reveal documents which have been marked "Attorney's Eyes Only" to various employees of the Defendant who were scheduled to be deposed. The Court having heard the arguments of both parties on the issue, directed that the Defendant should proceed by formal motion as opposed to telephone conference call. Pending the Court's issuance of an order following its consideration of said motions, the pending depositions previously noticed may proceed as scheduled. However, it is hereby ordered that until further order of the Court, that witnesses shall not be asked during their depositions to provide testimony of specific information that may be contained in documents that have been designated as "Attorney's Eyes Only."

This Order does not preclude inquiry into otherwise relevant topics simply because documents marked as "Attorney's Eyes Only" speak to that same topic. Parties shall consider this Order as being narrowly tailored to allow the Court the opportunity to consider Defendant's formal motion on their ability to disclose these documents to their employees as part of their effort in preparing them for giving their deposition testimony.

FILED MAR 2 5 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Each party is reminded that the Court is concerned about the need to eliminate unnecessary effort and expense in obtaining discovery. The Court is likewise concerned about misusing the discovery process both offensively and defensively and encourages the parties to cooperate where possible rather than engaging in an adversarial approach to discovery.

Dated: 3/25/02

ARTHUR J. BOYLAN
United States Magistrate Judge

MEMORANDUM

The Court has encouraged the parties to informally contact the Court so that when discovery disputes arise the Court can consider ways to resolve these disputes without resorting to costly discovery motions. This particular issue is in need of a more formal approach and the parties have been advised of that fact. Rather than holding up discovery, the Court will allow depositions to continue as described above.

AJB