IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

Century Industries Company, a Canadian Corporation and Peter B. Hutton,

Plaintiffs,

Civil File No. 01-CV-103 DWF/AJB

v.

Rosemount Inc., a Minnesota Corporation,

Defendant.

---

ORDER

The parties have filed a Joint Stipulation. The Court has reviewed the papers and hereby ORDERS THAT the parties have until May 31, 2002 to complete the depositions of Keystone International, Randy Miller, Jeff Lynch, Anderson Greenwood Company and Ed Ross.

Date: 5/7/02

UNITED STATES MAGISTRATE JUDGE

MAY 0 8 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

Century Industries Company, a Canadian Corporation and Peter B. Hutton,

Plaintiffs,

Civil File No. 01-CV-103 DWF/AJB

v.

Rosemount Inc., a Minnesota Corporation,

Defendant.

---

JOINT STIPULATION REGARDING
EXTENSION OF TIME TO COMPLETE DEPOSITIONS

Century Industries Company ("Century") and Rosemount Inc. ("Rosemount" jointly file this Stipulation. To accommodate Ryan Stafford, General Counsel of Tyco International Ltd., the parties believe it will be beneficial to postpone the properly noticed deposition of Keystone International, Randy Miller, Jeff Lynch, Anderson Greenwood and Ed Ross so that the depositions are completed no later than May 31, 2002. Those depositions were scheduled for the following dates:

Keystone International - Tuesday, May 7, 2002 at 1:30 p.m.;

Randy Miller - Wednesday, May 8, 2002 at 9 a.m.;

Jeff Lynch - Wednesday, May 8, 2002 at 1:30 p.m.;

Anderson Greenwood Company - Thursday, May 9, 2002 at 9 a.m.; and

Ed Ross - Friday, May 10, 2002 at 10 a.m.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The parties have not agreed to change any other deadlines in the current docket control order. Furthermore, this Joint Stipulation does not prejudice either parties respective right to seek any other extension of the Court's docket control order. The parties respectfully request that the Court grant the amended discovery deadlines.

Respectfully submitted,

Date: May 7, 2002

Mr. Peter Peckarsky
Mr. Tom Pavelko
Stevens, Davis, Miller & Mosher, LLP
1615 L Street, Suite 850
Washington, DC 20036

ATTORNEY IN CHARGE FOR PLAINTIFFS CENTURY INDUSTRIES COMPANY AND PETER B. HUTTON

Date: May 7, 2002

Jeannine L. Lee, #12929X
Steven E. Rau, #147990
FLYNN, GASKINS & BENNETT, L.L.P.
333 South Seventh Street
Suite 2900
Minneapolis, MN 55402
612-333-9500

ATTORNEY IN CHARGE FOR DEFENDANT ROSEMOUNT INC.