UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CENTURY INDUSTRIES, INC., ET AL.,

Plaintiffs,

v.

ROSEMOUNT, INC.,

Defendant.

Case No. 01-103 DWF/AJB

ORDER

---

WHEREAS, the Court has received a written request by Plaintiffs for an extension of time pursuant to Fed. R. Civ. P. 6(b) until Monday, May 13, 2002, to respond to Defendant's Motion for Protective Order scheduled to be heard on May 16, 2002, and

WHEREAS, Defendant agrees to an extension to Friday, May 10, 2002, but opposes an extension until Monday, May 13, 2002,

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiffs have until Monday, May 13, 2002, to respond to Defendant's Motion.

Dated: May 9, 2002

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED MAY 09 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____