UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CENTURY INDUSTRIES, INC., ET AL.,

Plaintiffs,

v.

ROSEMOUNT, INC.,

Defendant.

Case No. 01-103 DWF/AJB

ORDER

---

The above matter came on before the undersigned on Tuesday, May 14, 2002, by telephone conference call regarding clarification of the exact number of depositions that may be taken per side and whether the sixteenth deposition that has been noticed by Plaintiffs shall go forward.

Based upon the arguments of counsel and the file herein,

NOW THEREFORE, IT IS HEREBY ORDERED that said deposition is allowed and shall go forward with the condition that Plaintiff pays for Defendant's coach-class airline ticket.

Dated: May 14, 2002

ARTHUR J. BOYLAN
United States Magistrate Judge

MEMORANDUM

It is the Court's recollection that during the pretrial conference discussions held on July 16, 2001, that it was agreed by the parties that each side be allowed to take 15 depositions. However, using an abundance of caution, the Court will allow said deposition to go forward.

FILED MAY 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK