**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Century Industries, Inc., being sued as Century Industries Company, a Canadian corporation; and Peter B. Hutton,

Plaintiffs,

v.

Rosemount Inc., a Minnesota corporation,

Defendant.

Civil No. 01-103 (DWF/AJB)

**ORDER DIRECTING RETURN OF FUNDS DEPOSITED INTO COURT BY CENTURY INDUSTRIES COMPANY**

---

Daniel J. Maertens, Esq., Lora E. Mitchell, Esq., and Robin L. Preble, Esq., Fredrikson & Byron, 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402-1425, counsel for Plaintiffs.

Steven E. Rau, Esq., Jeannine L. Lee, Esq., and Lori D. Semke, Esq., Flynn Gaskins & Bennett, 2900 Metropolitan Center, 333 South Seventh Street, Minneapolis, MN 55402, counsel for Defendant.

---

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to immediately release the $227,220 deposited by Plaintiff Century Industries Company into court on September 25, 2001, plus any interest thereon, payable to Century Industries Company.

Dated: February 18, 2003

DONOVAN W. FRANK
Judge of United States District Court

FEB 18 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK